# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MIN WU AND QUO TANG,**
        **Plaintiffs,**

    v.                                                       **Case No. 07c0102**

**MICHAEL CHERTOFF, et al.,**
        **Defendants.**

---

## ORDER

Defendant filed a Motion to Dismiss on March 29, 2007. Court records indicate that copies of the motion and supporting brief were mailed to plaintiffs on March 29, 2007. Under the local rules of this district, plaintiffs' response to that motion should have been filed on or before April 19, 2007. By letter of May 3, 2007, I granted plaintiffs until May 24, 2007, to file a response. I notified them that pursuant to Civil Local Rule 41.3 (E.D. Wis.) and Fed. R. Civ. P. 41(b), failure to reply to defendant's motion could cause dismissal of the action for lack of prosecution.

To date, no reply has been filed. Federal Rule of Civil Procedure 4(m) and Civil L.R. 41.3 thus allow me to dismiss the case. Any affected party can petition for reinstatement of the action within twenty (20) days.

**THEREFORE IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 5 day of July, 2007.

/s_____
LYNN ADELMAN
District Judge